[No. 4773–1. Division One. July 31, 1978.]

OLYMPIC PREFABRICATORS, INC., *Respondent,* v. K. K. LARSEN CONSTRUCTION COMPANY, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 786584, Horton Smith, J., entered May 19, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams and Dore, JJ.

[No. 4945–1. Division One. July 31, 1978.]

CLARENCE LEE THOMAS, *Appellant,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 767078, Horton Smith, J., entered July 13, 1976. *Reversed* by unpublished opinion per Williams, J., concurred in by Callow and Andersen, JJ.

[No. 5501–1. Division One. July 31, 1978.]

WALTER H. GRIGGS, ET AL, *Appellants,* v. AVERBECK REALTY, INC., ET AL, *Defendants,* ETHEL G. BRANCH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 719709, Frank D. Howard, J., entered September 22, 1976. *Reversed* by unpublished opinion per James, J., concurred in by Williams and Andersen, JJ.